## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**RENE RIVERA RUIZ, et als.,**
Plaintiffs

**CIVIL NO. 02-2717(DRD)**

v.

**VICTOR SANTIAGO, et als.,**
Defendant

### O R D E R  &  J U D G M E N T

    Pending before the Court is plaintiffs and defendant's *Joint Informative Motion and Request to Vacate the Jury Trial Order*. (Docket No. 87). Through said motion, the parties request the Court grant them until December 27, 2005 to file under seal their stipulation of dismissal with prejudice of this action.

    Because the Court, thus, understands that the parties herein have reached a meeting of the minds and have fully settled the case, the Court will now **DISMISS WITH PREJUDICE** all causes of action **AND ENTER JUDGMENT**, thus, closing the instant case. However, the Court will **GRANT** parties their requested extension **UNTIL TUESDAY, DECEMBER 27, 2005** to file with the Court all settlement documentation. NO FURTHER EXTENSIONS WILL BE GRANTED. Once said documentation is filed with the Court, an Amended Judgment will be issued.

    **IT IS SO ORDERED.**

**Date: December 13, 2005**

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**